IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE 10-64256 |
| | ) | |
| BUWALA, ERIC | ) | CHAPTER 7 |
| BUWALA, LORRIE | ) | |
| | ) | JUDGE KENDIG |
| DEBTORS | ) | |
| | ) | **OBJECTION TO MOTION** |
| | ) | **FOR RELIEF FROM STAY** |

Now comes the Chapter 7 Trustee, Anne Piero Silagy, and respectfully objects to the Motion for Relief from Stay and Abandonment filed by Deutsche Bank Trust Company Americas for property listed at 1719 Bruce St Canal Fulton, Ohio 44614.

For cause, the Chapter 7 Trustee states that she believes that the properties may have equity and/or the mortgage may be avoidable. The 341 meeting is not scheduled until November 30, 2010.

WHEREFORE, the Chapter 7 Trustee, Anne Piero Silagy, respectfully objects to the Motion for Relief from Stay and Abandonment filed on behalf of by Deutsche Bank Trust Company Americas for property listed at 1719 Bruce St Canal Fulton, Ohio 44614.

Respectfully submitted,

/s/Anne Piero Silagy
Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone: (330) 456-0900
Facsimile: (330) 456-1981

## CERTIFICATE OF SERVICE

I, Anne Piero Silagy, hereby certify that the foregoing **Objection to Relief from Stay** was sent by regular U.S. mail, postage prepaid, this 26TH **day of October 2010** to the following:

Eric S. and Lorrie Buwala
1719 Bruce St.
Canal Fulton, OH 44614

I, Anne Piero Silagy, hereby certify that the foregoing **Objection to Relief from Stay** was electronically transmitted on or about **October 26, 2010** via the Court's CM/ECF system to the following who are listed on the Court's Electric Mail Notice List:

- Scott D. Fink    bronationalecf@weltman.com
- Warner Mendenhall    warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- Anne Piero Silagy    asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

/s/Anne Piero Silagy
Anne Piero Silagy